IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv46

| MARK KEVIN MILLER, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| WAL-MART, | ) | |
| Defendant. | ) | |

Pending before the Court is the Motion for Extension of Time [# 51]. Defendant requests an extension of time to respond to the pending Motion to Compel [# 50] and to disclose its experts. Upon a review of the record, and for good cause shown, the Court **GRANTS in part** the motion [# 51]. Defendant shall have until August 13, 2014, to respond to the Motion to Compel [# 50]. The Court **EXTENDS** the expert disclosure deadline until September 1, 2014.

Signed: August 5, 2014

Dennis L. Howell
United States Magistrate Judge

-1-