IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv46

| | |
|---|---|
| MARK KEVIN MILLER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| WAL-MART, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Previously, the court granted Defendant's Motion to Compel and directed Plaintiff to show cause why the Court should not award costs and fees pursuant to Rule 37. (Order, Sept. 12, 2014.) Upon a review of the record, Plaintiff's response to the Show Cause Order, and the relevant legal authority, the Court finds that an award of fees is not warranted at this time.

Signed: November 21, 2014

Dennis L. Howell
United States Magistrate Judge

-1-