# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# DOCKET NO. 1:13-cv-00046-MOC-DLH

| | |
|---|---|
| **MARK KEVIN MILLER,** | ) |
| Plaintiff, | ) |
| | )     AMENDED |
| Vs. | )     ORDER |
| | ) |
| **WAL-MART,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on review of plaintiff's "Opposition to Defendant's Bill of Costs" (#91), which was filed outside the time allowed to object to the Clerk of Court's Taxation of Costs (#90). Despite such untimeliness, the court has considered plaintiff's objection.

Read in a light most favorable to the *pro se* litigant, plaintiff argues that he should not be taxed with the cost of the deposition because it was not used at trial or a hearing. Plaintiff overlooks the fact that the deposition transcript was used by defendant in support of its Motion for Summary Judgment, which is a use that satisfies 28 U.S.C. § 1920(2); L.Cv.R. 54.1(F)(1). The fact that plaintiff did not hire the court reporter is not a relevant consideration. The Clerk of Court's findings to such effect in his Taxation of Costs are, therefore, consistent with current law. The objection is, therefore, overruled.

# ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's "Opposition to Defendant's Bill of Costs" (#91) is **OVERRULED**.

Signed: October 29, 2015

Max O. Cogburn Jr
United States District Judge