## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| MARK KEVIN MILLER, | Civil Action No. 1:13-CV-00046 |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WAL-MART, | |
| Defendant. | |

Judgment is hereby entered for Defendant in the amount of $2,286.50 in accordance with the Clerk's August 17, 2015 Taxation of Costs and Federal Rule of Civil Procedure 58.

Frank G. Johns, Clerk of Court

Signed: November 20, 2015

Frank G. Johns, Clerk
United States District Court